STATE v. STUKES

No. 287P98

Case below: 129 N.C.App. 845

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. VAUGHN

No. 332P98

Case below: 130 N.C.App. 456

Motion by Attorney General for temporary stay allowed 18 August 1998.

STATE v. WALLS

No. 42A93-2

Case below: Northampton County Superior Court

Petition by defendant for writ of certiorari to review the order. of the Superior Court, Northampton County denied 30 September 1998.

STATE v. WILLIAMSON

No. 312PA97

Case below: 347 N.C. 140

126 N.C.App. 349

The Superior Court, Johnston County, having ordered a new trial "on all or any of the charges pursuant to the provisions of G.S. 15A-1417(a)(1)," the order of this Court allowing defendant's petition for discretionary review is withdrawn and this case is remanded to the Court of Appeals for further consideration and such action as may be appropriate. By order of the Court in conference this the 15th day of September 1998.